UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**GREAT MIDWEST INSURANCE COMPANY**, a foreign corporation

    Plaintiff,

v.   Case No: 5:24-cv-534-JSM-PRL

**BIG SPAN STRUCTURES LLC, GERMAN BUITRAGO, ANDREA MONTEALEGRE and TIMOTHY NEE,**

    Defendants.

_____

**ORDER**

This cause came on for consideration of Great Midwest Insurance Company's motion for clerk's default as to Big Span Structures LLC. (Doc. 18). Upon notification by the Clerk, the docket reflects irregularities regarding the return of service (Doc. 17), and Plaintiff has failed to establish that the requirements of Federal Rule of Civil Procedure 4(h) have been met.

Accordingly, upon due consideration, Plaintiff's motion for clerk's default (Doc. 18) is **DENIED**.

**DONE** and **ORDERED** in Ocala, Florida on December 17, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

- 2 -

Counsel of Record
Unrepresented Parties