UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**GREAT MIDWEST INSURANCE COMPANY**, a foreign corporation

    Plaintiff,

v.                                          Case No: 5:24-cv-534-JSM-PRL

**BIG SPAN STRUCTURES LLC, GERMAN BUITRAGO, ANDREA MONTEALEGRE and TIMOTHY NEE,**

    Defendants.

_____

## ORDER

This case is before the Court on a Motion by Plaintiff, Great Midwest Insurance Company ("Great Midwest") requesting this Court to allow Great Midwest to serve Defendant Timothy Nee by publication and directing the Clerk to issue a Notice of Action.

The Court has considered the Motion for Alternative Service of Process by Publication and Directing Clerk to Issue Notice of Action (Doc. 27) and it is hereby

**ORDERED AND ADJUDGED**:

1. Great Midwest's Motion (Doc. 27) is hereby **GRANTED**.

2. Plaintiff may serve Defendant Timothy Nee by publication as authorized by Florida Statutes.

3. The Clerk of Court is directed to issue a Notice of Action for Timothy Nee. The Clerk of Court is also directed to mail a copy of the respective Notice of Action to Timothy Nee at his last known address, 5068 SW 114th Street Road, Ocala, FL 34476.

- 2 -

4. The Notice of Action may be published in the Ocala Gazette.

**DONE** and **ORDERED** in Ocala, Florida on March 27, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties